IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CASEY NIEMAN, | ) | Case No.: 8:12-CV-242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| CITY OF HARTINGTON, a political subdivision; BRAD PEITZ; TIM BURBACH; GARY KRUSE; CODY CHRISTENSEN and DEB ADDISON | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon the Joint Stipulation and Motion of the parties for dismissal. Upon consideration of said Joint Stipulation and Motion, the Court finds that an Order should be entered accordingly.

IT IS THEREFORE ORDERED that the Plaintiff's Complaint and all claims of relief stated therein against the Defendants be, and they are hereby dismissed with prejudice, with costs taxed to the parties incurring the same.

DATED this 9th day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
_____
United States District Court Judge

937630